JOSEPH L. PALLER JR. (SBN 82613)
MICHAEL D. WEINER (SBN 240155)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
Telephone:  (323) 938-3000
Fax:             (323) 937-9139
E-mail:        jlpaller@gslaw.org
                   mweiner@gslaw.org

*Attorneys for Defendant I.A.T.S.E. Local 33*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES SCOTT LOWE, et al.<br><br>                          Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 33, et al.<br><br>                          Defendants. | Case No. CV 15-04650 RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT I.A.T.S.E. LOCAL 33 TO FILE MOTION FOR ATTORNEY'S FEES**<br><br>Hon. R. Gary Klausner |

Case No. CV 15-04650 RGK (JPRx)

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT I.A.T.S.E. LOCAL 33 TO FILE MOTION FOR ATTORNEY'S FEES

Having considered the Stipulation to Continue Deadline for Defendant I.A.T.S.E. Local 33 to file Motion for Attorney's Fees filed by Defendant Local 33 of the International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, AFL-CIO ("Local 33") and Plaintiffs James Scott Lowe, Joseph Barberis, and Bradly J. Nicodemus ("Plaintiffs"), the Court hereby GRANTS the Stipulation as follows:

The deadline for Local 33 to file a motion to recover attorney's fees under Local Rule 54-10 and Section 502(g)(1) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132(g)(1), is hereby continued by one (1) week to December 8, 2015.

**IT IS SO ORDERED.**

DATED:  December 1, 2015              _____

Hon. R. Gary Klausner
United States District Judge